1
2
3
4
5
6
7
8
9
10
11
12         UNITED STATES DISTRICT COURT
13         NORTHERN DISTRICT OF CALIFORNIA
14         SAN FRANCISCO DIVISION
15

| | |
|---|---|
| 16  GREGORY A.M. BROWN, | Case No. 3:13-cv-03318-SI |
| 17          Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR RESPONSE TO PLAINTIFF'S COMPLAINT** |
| 18      vs. | |
| 19  BRIAN A. BROWN, | |
| 20          Defendant. | Judge: Hon. Susan Illston<br>Courtroom:   10 - 19th Floor |
| 21 | |
| 22 | Complaint Filed: January 31, 2013 |

23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR RESPONSE TO
PLAINTIFF'S COMPLAINT                                                                                                  Case No. 3:13-cv-03318-SI

Plaintiff Gregory A. M. Brown ("Plaintiff"), together with Defendant Brian A. Brown ("Defendant") by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on or about July 12, 2013, the Honorable Judge Larry Hicks of the United States District Court for the District of Nevada granted Defendant's motion to dismiss for lack of personal jurisdiction or motion to transfer venue to the United States District Court for the Northern District of California;

WHEREAS no deadline or event has been fixed by any Court regarding the deadline for responding to the Complaint;

WHEREAS the parties dispute the deadline for responding to a pleading when a Court finds that it lacks personal jurisdiction over Defendant and the action is transferred to another judicial district;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the parties that:

Defendant's response to the Complaint shall be filed and served by no later than Friday, September 13, 2013;

Plaintiff's opposition, if any, shall be filed and served by no later than Friday, October 4, 2013;

Defendant reply, if any, shall be filed and served by no later than Friday, October 18, 2013;

The hearing for Defendant's response to the Complaint shall take place on November 8, 2013, or as soon thereafter as the matter may be heard.

**SO STIPULATED AND AGREED**

Date:  August 28, 2013          BERGESON, LLP

                                                        /s/
                                          Caroline McIntyre
                                          Attorneys for Defendant Brian A. Brown

1   In accordance with General Order No. 45, Rule X, the above signatory attests that
2   concurrence in the filing of this document has been obtained from the signatory below.
3   Date:  August 28, 2013           ROBERTSON, JOHNSON,
                                      MILLER & WILLIAMSON
4                                            /s/
                                      Richard D. Williamson
5                                     Attorneys for Plaintiff Gregory A. M. Brown

6

7   **IT IS SO ORDERED.**

8   Dated:  8/29/13 _____, 2013

9

10                                    _____
                                      Honorable Susan Illston
                                      UNITED STATES DISTRICT JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28