```
DANIEL J. BERGESON, SBN 105439
dbergeson@be-law.com
CAROLINE MCINTYRE, SBN 159005
cmcintyre@be-law.com
GRACE Y. PARK, SBN 239928
gpark@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:  (408) 297-6000

Attorneys for Defendant
BRIAN A. BROWN
```

*IT IS SO ORDERED*
*Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY A.M. BROWN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BRIAN A. BROWN, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants.<br><br>BRIAN A. BROWN, directly and derivatively on behalf of WallClaw Anchors, LLC, and International Patent Development Group, LLC,<br><br>　　　　　　　　　　Counter-Claimant,<br><br>　vs.<br><br>GREGORY A.M. BROWN,<br><br>　　　　　　　　　　Counter-Defendant.<br><br>　-　and　-<br><br>WallClaw Anchors, LLC, and International Patent Development Group, LLC,<br><br>　　　　　　　　　　Nominal Cross-Defendants. | Case No. CV-13-03318-SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE - FRCP 41(a)(1)(A)(ii)**<br><br>Date Filed:　　January 31, 2013<br>Trial Date:　　None Yet. |

# STIPULATION

IT IS HEREBY stipulated by and between the parties to this action through their counsel that all claims and causes of action in the above-captioned action be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).  Each party shall bear his own attorney's fees and costs.

IT IS SO STIPULATED.

Date:  February 10, 2014         ROBERTSON, JOHNSON, MILLER & WILLIAMSON

By:  /s/
     Richard D. Williamson

Attorneys for Plaintiff / Counter-Defendant Gregory A. M. Brown

Dated: February 10, 2014         DANIEL J. BERGESON

CAROLINE McINTYRE
GRACE Y. PARK
BERGESON, LLP

By:  /s/
     Grace Y. Park

Attorneys for Defendant / Counter-Claimant Brian A. Brown\

**FILERS ATTESTATION**

I, Grace Park, am the ECF User whose identification and password are being used to file this **STIPULATION OF DISMISSAL WITH PREJUDICE - FRCP 41(a)(1)(A)(ii).** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: February 10, 2014

By: _/s/ Grace Park_
Grace Y. Park (SBN 239928)